## In re COLLING'S GUARDIANSHIP.

No. 5838.    Opinion Filed April 7, 1914.

(140 Pac. 141.)

**APPEAL AND ERROR—Presentation for Review—Evidence.** Where a consideration of the assignments of error requires an examination of the evidence, and the case-made does not disclose the evidence introduced at the trial, or does not show all of the evidence, no questions for review are presented by such assignments, and the appeal will be dismissed.

(Syllabus by the Court.)

*Error from District Court, Muskogee County;*
*R. P. deGraffenried, Judge.*

In the matter of the Guardianship, of Malinda Colling, a minor. Jane Howard was appointed guardian in the place of Elijah Mucker, and a final accounting rendered by Mucker. From an order changing the account to show a balance due the minor, Mucker appeals. Dismissed.

*H. T. Walker,* for plaintiff in error.

*Harry G. Davis,* for defendant in error.

RUSSELL, J. An investigation of this record discloses that the plaintiff in error's third, fourth, fifth, sixth, seventh, and eighth assignments of error require an examination of the evi-

dence introduced at the trial in the court below, and as the case-made does not contain any of the evidence upon said matters in the court below the appeal is dismissed. *Graham et al. v. Atwood,* 41 Okla. ——, 136 Pac. 1080, and authorities there cited; *Waltham Piano Co. v. Wolcott,* 38 Okla. 770, 135 Pac. 339, and authorities there cited.

All the Justices concur.